UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEANDRE ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN KEMP, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-CV-02219-JPB |

## ORDER

Plaintiff initiated the instant action on May 17, 2023. [Doc. 1]. On February 14, 2024, this Court dismissed Plaintiff's Complaint without prejudice as a shotgun pleading and ordered Plaintiff to file an amended complaint within twenty-one days of the Court's Order. [Doc. 56]. In the same order, Plaintiff was notified that the failure to submit an amended complaint within the twenty-one-day time period would result in dismissal of the entire action with prejudice. To date, Plaintiff has failed to file an amended complaint curing the deficiencies outlined in the Court's February 14, 2024 Order. As such, the instant action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 12th day of March, 2024.

J. P. BOULEE
United States District Judge