UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEANDRE ARNOLD,<br><br>     Plaintiff,<br><br>vs.<br><br>BRIAN KEMP, et al.,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-02219-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to file an amended complaint curing the deficiencies outlined in the Court's February 14, 2024 Order.

Dated at Atlanta, Georgia, this 13th day of March, 2024.

                KEVIN P. WEIMER
                CLERK OF COURT

            By:  s/ N. Bowen-Haider
               N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 13, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ N. Bowen-Haider
   Deputy Clerk